IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Lake Dearborn, LLC, et al.[1] | Case No. 13-12113 (MFW) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF COUNSEL REGARDING THE ORDER TRANSFERRING VENUE OF THESE CHAPTER 11 CASES

The undersigned hereby certifies that:

1. On August 19, 2013, the Debtors herein filed voluntary Chapter 11 petitions in these cases. These case have been jointly administered pursuant to an Order Directing Joint Administration of Related Chapter 11 Cases entered on August 29, 2013 (D. I. 25). The U. S. Trustee has not appointed an Official Committee of Unsecured Creditors in these cases.

2. This Court, *sua sponte*, raised the issue of the transferring the venue of these Chapter 11 Cases to the United States Bankruptcy Court for the District of Illinois and scheduled a hearing on the Court's *sua sponte* Motion to Transfer of Venue of These Cases to the United States Bankruptcy Court for the District of Illinois ("Venue Motion") for September 11, 2013 at 11:30 a.m.

3. On September 9, 2013, the Debtors filed a Motion for Limited Deferral of Any Ruling on Venue in These Chapter 11 Cases ("Deferral Motion") (D. I. 38) to which The Private Bank & Trust Company filed a Limited Joinder on September 9, 2013. (D. I. 42).

4. On September 11, 2013, a hearing was held regarding the Venue Motion and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Lake Dearborn, LLC (3155); (ii) Dearborn Residential, LLC (5500); (iii) Dearborn Retail, LLC (5402); (iv) DR Dearborn Investment, LLC (7511); (v) 800 South Wells Phase II, LLC (0202); (vi) La Salle Commercial, LLC (6805); and (vii) Invsco Employee Services, Inc. (9657).

Deferral Motion, and the Court ruled on the Venue Motion directing the transfer of the venue of these Chapter 11 Cases to the United States Bankruptcy Court for the District of Illinois and directed counsel for the U. S. Trustee to draft and circulate a proposed form of order.

5. With respect to the Order Transferring Venue of These Chapter 11 Cases, the undersigned circulated a proposed form of order to both lead and local counsel for the Debtors and The Private Bank & Trust Company as well as Jeremy Ryan, Esquire of the firm of Potter, Anderson and Corroon, LLP, counsel for Affordable Lawless II, LLC

6. Counsel for the Debtors, The Private Bank & Trust Company and Affordable Lawless II, LLC have consented to the proposed form of order as circulated. Accordingly, the U. S. Trustee respectfully submits the attached form of order as was circulated ("Exhibit A") to this Honorable Court for entry of this form of order at this Court's earliest convenience.

Respectfully submitted,

**ROBERTA A. DEANGELIS**
**UNITED STATES TRUSTEE**

BY:   /s/Richard L. Schepacarter
      Richard L. Schepacarter, Esquire
      Trial Attorney
      United States Department of Justice
      Office of the United States Trustee
      J. Caleb Boggs Federal Building
      844 King Street, Suite 2207, Lockbox 35
      Wilmington, DE 19801
      (302) 573-6491
Dated: September 11, 2013      (302) 573-6497 (Fax)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lake Dearborn, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12113 (MFW)<br><br>(Jointly Administered)<br><br>Re: D.I. _____ |

## ORDER TRANSFERRING THE VENUE OF THESE CHAPTER 11 CASES

Upon the *sua sponte* motion (the "Venue Motion") of this Court to consider the transfer of venue of these Chapter 11 Cases to the United States Bankruptcy Court for the District of Illinois, and the Debtor having filed a Motion for Limited Deferral of Any Ruling on Venue in These Chapter 11 Cases (D. I. 38) ("Deferral Motion"), and the Court having considered opposition to its Venue Motion and having heard and considered the Deferral Motion, and it appearing that the court has jurisdiction of the Venue Motion pursuant to 28 U.S.C. § 157(b)(2); and due and sufficient notice of the Venue Motion having been given; and upon the record herein; and for the reasons set forth by the Court at the September 11, 2013 hearing on the Venue Motion;

IT IS HEREBY ORDERED THAT:

1. The Court's *sua sponte* motion to change venue is hereby GRANTED;

2. Venue of the Debtors' Chapter 11 Cases is hereby transferred to the United States Bankruptcy Court for the Northern District of Illinois;

3. The Debtor's Motion for Limited Deferral of Any Ruling on Venue in These Chapter 11 Cases (D. I. 38) is hereby DENIED as moot, and;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Lake Dearborn, LLC (3155); (ii) Dearborn Residential, LLC (5500); (iii) Dearborn Retail, LLC (5402); (iv) DR Dearborn Investment, LLC (7511); (v) 800 South Wells Phase II, LLC (0202); (vi) La Salle Commercial, LLC (6805); and (vii) Invsco Employee Services, Inc. (9657).

4.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:_____                          _____
                                           Honorable Mary F. Walrath
                                           United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lake Dearborn, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12113 (MFW)<br><br>(Jointly Administered) |

### CERTIFICATION OF SERVICE

I hereby certify that on September 11, 2013, I caused to be served a copy of the Certification of Counsel Regarding the Order Transferring Venue of These Chapter 11 Cases and proposed form of Order Transferring Venue of These Chapter 11 Cases, *via* email and/or regular mail upon the following persons:

Harley J. Goldstein, Esquire
Harold D. Israel, Esquire
Golstein & McClintock LLLP
208 South LaSalle Street
Suite 1750
Chicago, IL 60604
Email: HarleyG@goldmclaw.com
Email: haroldi@goldmclaw.com

Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: maward@wcsr.com
Email: erjohnson@wcsr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Lake Dearborn, LLC (3155); (ii) Dearborn Residential, LLC (5500); (iii) Dearborn Retail, LLC (5402); (iv) DR Dearborn Investment, LLC (7511); (v) 800 South Wells Phase II, LLC (0202); (vi) La Salle Commercial, LLC (6805); and (vii) Invsco Employee Services, Inc. (9657).

Joseph H. Huston, Jr., Esquire
Maria Aprile Sawczuk, Esquire
Stevens & Lee, PC
1105 N. Market Street, Suite 700
Wilmington, DE 19801
Email: jhh@stevenslee.com
Email: masa@stevenslee.com

Colleen McManus, Esquire
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, IL 60661
Email: cmcmanus@carlsondash.com

Jeremy Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Email: jryan@potteranderson.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney